

# Fifteenth Court of Appeals

By order of the Supreme Court of Texas, dated March 14, 2025, the following cases are transferred to the Thirteenth Court of Appeals at Corpus Christi, and the undersigned Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Thirteenth Court of Appeals.

| | |
|---|---|
| **15-24-00115-CV** | **Devon Energy Production Company, L.P.; Devon Energy Corporation; BPX Operating Company; and BPX Production Company v. Robert Leon Oliver, et al.** |

I, Christopher A. Prine, Clerk of the Fifteenth Court of Appeals at Austin, hereby certify that this is a true and correct list of cases transferred to the Thirteenth Court of Appeals at Corpus Christi, as previously ordered by the Supreme Court of Texas as the same appears of record in this Court's minutes.

Given under my hand and seal of this Court at Austin, this March 17, 2025.

Christopher A. Prine, Clerk
Fifteenth Court of Appeals at Austin

